UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHANXI HAIRUI TRADE CO., LTD. ET AL., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00072 <br> BEFORE: Leo M. Gordon, Judge |

## NOTICE OF APPEAL

Please take notice that Dezhou Hualude Hardware Products Co., Ltd., the consolidated Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on April 7, 2021.  ECF Nos. 54 and 55.

The final judgment hereby appealed affirmed the final results of the U.S. Department of Commerce's August 1, 2016 – July 31, 2017 administrative review of the antidumping duty order *Certain Steel Nails from the People's Republic of China*, 84 Fed. Reg. 17134 (April 24, 2019).

/s/ *Ronald M. Wisla*
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

FOX ROTHSCHILD LLP
1030 15th Street, NW
Suite 380 East
Washington, DC  20005
 Tel:     (202) 794-1183
 Email:   rwisla@foxrothschild.com

Dated: June 7, 2021

123425984.1