# United States Court of Appeals for the Federal Circuit

---

**SHANXI HAIRUI TRADE CO., LTD., SHANXI PIONEER HARDWARE INDUSTRIAL CO., LTD., SHANXI YUCI BROAD WIRE PRODUCTS CO., LTD., DEZHOU HUALUDE HARDWARE PRODUCTS CO., LTD., XI'AN METALS & MINERALS IMPORT & EXPORT CO., LTD.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**

*Defendants-Appellees*

---

2021-2067, 2021-2068, 2021-2070

---

Appeals from the United States Court of International Trade in No. 1:19-cv-00072-LMG, Senior Judge Leo M. Gordon.

---

## MANDATE

---

In accordance with the judgment of this Court, entered July 6, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 29, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court